United States Courts Southern
District of Texas
FILED

March 3, 2022

Nathan Ochsner, Clerk of Court

United States
Federal District
Court of Appeals
Fifth Circuit

United States Courts
Southern District of Texas
FILED

JAN 2 5 2022

Nathan Ochsner, Clerk of Court

Appellate Brief
requesting reversal
of parental rights
termination order
for    Zeif Alan Shelton


Appellant:   Lindsay Shelton

Appellee: State of Texas
              and

Judge McCoy
Nueces Co Juvenile
Court #5

☆ Requesting to Proceed In Forma Pauperis.
Only Income is my SSI

☆ Requesting Appointment of Counsel due to Extraordinary Circumstances

☆ Requesting Injunction for Leif Shelton since his life is in danger with my family

☆ Requesting a State Action to investigate all parties responsible and to hold them all accountable for their crimes and terrorism my son and I have endured and still are enduring

# Appellate Brief
## Summary

United States Courts
Southern District of Texas
FILED

JAN 2 5 2022

Nathan Ochsner, Clerk of Court

Your Honor,

I, Lindsay Shelton, the appellant, am requesting a reversal of Judge McCoys order to terminate my parental rights to my son, Leif Shelton. The trial was during held despite my completion of the CPS family plan and ability to provide a safe loving home for Leif like I always have up until our lives were ripped apart piece by piece and endangered many times by CCPD (Corpus Christi Police Dept.), CC Housing Authority, CPS, and my family, among many others involved in our undercover disruptive operations to destroy our lives, murder my child and have me illegally charged and imprisoned for it. If I survived being poised poisoned with an infectious illness while unconscious and rendered helpless to save us

All police reports and CPS reports were fraudulent and can be proven fraudulent by overwhelming and indisputable evidence. Most of which has been collected in my facebook accounts: Lindsay Shetler (Linz and Leif)

> photos                    Lindsay Leif Shetler
> videos                    Lyra Lane
> pictures of              Lindsay Shetler
   Physical evidence
> court records
> police reports — event info sheets (dispatch info)
                    — activity list (units arriving communication with dispatch)

You will find over 200-300 + pages of police reports during this year that we lived in La Armada at 3706 S. Port Ave. Many reports were not included in those submitted as evidence because they were incriminated officers harassing me and illegally entering and searching our home. There was no calls about drug activity as officers stated many different times which they claimed gave them probable cause to search our home. On 3 different occasions,

2

went straight to one particular spot I had caught someone putting illegal drugs without my knowledge and had just removed them before Officers showed up to only search that area and leave. There were also made up reports submitted in order to further defamate my character. For example, it was reported that I burglarized a neighbor where we lived and took his roll of quarters while he was doing laundry and a lady witness described me to him but left before police arrived. However, at this time, I was already falsely imprisoned on one of 5 false charges keeping me in jail off and on for years to further defamate me to the court, cause me to lose our home and all we had (including papework and physical evidence proving my innocence and victimization by Officers and my family) and

take my parental rights easier.

All 5 charges were dismissed and my innocence was proven but my rights had already been taken during my false incarceration and my appeal Atty Sandra Eastwood submitted was false and also denied. She still refuses to provide me with a copy or any info concerning the fradulent appeal she wrote and submitted.

I can prove that I never refused a hair follicle and that my last hair follicle that came back positive for meth was falsified.

3

I can prove all statements in police reports about my home being dirty are false with pictures of my house very clean on all of those days. All reports stating I was talking fast and high are discounted by photos and videos of myself in my right mind.

After Leif and I survived my being rendered electronically unconscious for days and shot up w/ infection that almost killed me and Leif survived because our dog wouldn't let him eat the rat poison they put in his food, police illegally removed

him anyway. to be severely
abused for mos until I
was able to rescue him
months later to only be
illegally removed again

I have pictures posted of
my stepmoms brother in
Law laughing at me while
Zeits being taken and Im
on my porch crying. He is
dressed as a maint man
remodeling the apt next
door to us.

Many police reports are
of police laughing at me
as Im trying to show them
foolprints on my shelt

leading up to our attic door in ceiling. They were getting the barcodes to our hygeine, clothes, food while were spraying to make these products dangerous to us.

All these items were stolen and my electricity money was taken, so our elec would be shut off. I now know that all this was done to save us. I also now know these "maintenance men" were coming up through a hole in the floor in my kitchen as well from outside, under my apt.

Even the Event Info Sheets (Dispatch Info) and the Eventy

Activity Lists of every falsified report will show CI = true. meaning most of these people were confidential informants helping Officers. Even statements by Officers about where their units were and how many units were on scene are all proven false by these supplemental sheets.

The second removal after retreiving my son was also illegal. There was no court order and that order was fraudulently made later that night w/ no judges name, time, etc and photocopied many times. (Also on my Facebooks)

CPS, CASA, Officers and my familys ~~most~~ statements on stand were perjurous and proveable. ~~The~~ Evidence like my uncle posing as a maitenance man laughing at us after surving our ^attempted murders while Leit being illegally taken were overlooked. Receipts for the wall plate and toggle switch controlling our lights and alarms to scare us were overlooked. Yet Officer testifying as expert witnesses claimed Leit was holding a real AK 47 ~~th~~ at 3 yrs old while sleeping when the gun was a toy. CPS Investigator Darnett Valdez testified as an expert

witness that Leifs mosquito bites from camping on the way home after I saved him from Colorado were bruises from being beaten. In this same picture Leifs attorney stated he was laying in bed with an unknown mail (while clutching this AK 47 and covered in bruises) yet they were sleeping on our couch in the living room on complete opposite sides and the "unknown mail" was tagged in the photo.

This appeal has been professionally typed up many times and saved in

6

Google Drives and emails
that were stolen along with
close to a hundred phones,
Laptops, files, pictures etc.
forcing me to start over
yet again. So I greatly
apologize for the disarray of
these papers. I am also
fighting cancer now that I
can also prove was intentionally
given to me by Univ Hospital
in San Antonio, TX while
being falsely imprisoned in the
Bexar Co Jail on false charges.
Internal Affairs had me
attacked and robbed of my
electronics to destroy evidence
on my Lyra Lane Facebook
but I was able to charge

my password on another phone
they were not aware of
before it was all erased
and I was attacked and
again falsely imprisoned on
another assault charge when
their was video footage
showing me trying to get
away then having to defend
myself. The DA's office
held me 3 months until
Bexar Co's false charges
had me sent there, then
to Bandera Co on charges
my step mom the City
Secretary, tampered with
a poem I wrote and
falsified a police report

to accomplish.

There is so much more, thats why I need appointed counsel and a state action so I am not having to fight for my life and paperwork and so I have someone with more legal Knowledge putting this all together for you in a more clear manner. I am terrified for my sons safety as well as mine

9/10
Sept/10   Last post before arrested/charged (felony (counterfeit $)

9/10   Photo shortly after waking up from days of
unconsciousness (electric currents under LV in futon)
to my terrified son, rat poison in his food,
dehydrated, drugged feeling, skin crawling,
swollen ankles, shot up with something
that was killing me. I'm almost unrecognizable.

9/10   > comments asking if I'm still alive or in jail?
my ex who was arrested and held for assaulting me leaving
us to fight
alone (my son and I)

9/10   Comments by best is safe about events

9/10   Friends/Exes/also victimized by my family

9/10   Looking for keyboard for legal work + phone # at time
+ Harassing Defamating comments

20-17

9/10  more harassing comments

9/9 (7)(1) texts from Michael Petru, couple and baby begged for shelter, tried taking over, threw out, they involved police by saying I stole from them, forcefully attempted entry but I continuously refused.

9/9  POEM cont/refers to P2

9/9 (7/3) 7 pictures *1 picture is screenshot of threatening total messages from "marc Suarez" posing as hitmen in one of many attempts to terrorize me and scare me out of my home. Other 6 pictures are of another disturbance assault, threats from apartment manager, Patsy Saldivar, and neighbors to stop causing problems, taking pictures etc This happened in front of my residence 3706 S Port Ave under my

9/9  Someone commenting "Flashboy" under my child's picture

9/9  another fake acct I opened

2017
9/9
] Poem (entire poem) Still Shelton tampered w/ and falsified report
to have me charged w/ Terroristic threat + harassure —omitted parts and posted into her email 3
+ protective order placed on me ending all contacts with
my son ever since.



9/7   Hollis Bowers

9/5   current email

9/5   New FB acct started after being shut
      down by FB for 3 days

9/4   Theft

9/1   Assault

8/29  Powell fake meth

8/29  else back on

7/2   Photos old friend who endangered sats life
      too



8/29   CPS convos · Pic of Leif in Bandera

8/29   out of jail
       trying to find dogs and being lied to

8/27   light pole work / no elec

8/27   trashed for going to bar

8/28   Summary up to this day

8/25   Taking Leif, Dogs, assaulting me
       arresting me on false charge, no warrant
       Damage to home / Theft

8/19 ⟩
       Leif and I in Bandera TX
8/19 ⟩  after rescuing him in Colorado, TX

6

Aug 29    Conversation w/ CPS Investigator after
her and police forced entry w/out warrant
beat me, drug me to unit while he it screamed
soiled himself watching and being taken by CPS.
Our dog and puppies on lease illegally taken
as well.

Aug 29    Being lied to by ~~Etthoume~~ CC animal control
and Ft Worth Humane Society about where my
dogs are because they killed her and
sold her puppies but said she was evacuated
I submitted proof of ownership for weeks.

Aug 27    2 posts

Aug 26    1 post

5

9/3/17 Matteroftacostha Pety

2017

8/9    Summary of the constant sabatoge and
       massive legal burden piling against me
       massive amount of police reports
       -non documented visits  -illegal search seizures
                               -illegal entry

9/5    Cursed email at the time

9/7    Capt Hollis Bowers Int Affairs
       #9/7 posted memory 5 yrs earlier about Nexus Rehab 2015 and
                                                I went to
                                                before 3706 S.
                                                          Apt

#5     Mitch property stolen

       2 posts
9/1    Punched by Danny Powell + fake meth of his posted

8/22   Pics w/ Paul S   1/2/16

8/19 — pics in borders

8/17 — lunch w/ friend

8/17 — Zeit in van after mos of being abused by family in Colorade when CPD illegally kidnapped him the first time after his and my attempted murders, me unconscious, infected and Zeit's food poisoned

8/16 — First got Zeit in 6

8/18 — pics of pups and no dog on apt lease #4 @ lime

M18 2 — clean kitchen

8/20 — trying to get to Zeit

8/2 Airport scanned
on way to zeit in 6
clean house

8/6

7/28 Turkey

7/27

7/27 Event # 170704258
files of "mail men" in apt next door
one on left is Jeff Tucker my uncle in law

7/27 Letter to my Dad / step mom for
turning my phone off. t trying to set me
up on drug charges. Had roomate plant drugs thought
roophmelin t trash out leifs on the have police search



Aug 25 - cps/police
illegally took Leif, Dog, me to jail
after beating me in front of Leif
No warrant, fraudulent warrant
without affidavit put together over 3 hrs
later. No time no judge name printed
only blurry signature, copied many times

Aug 19 Leif with me in Bandera
Aug 17 "          "

7/20 PPE const vest from apt next door
7/20 still trying to get answers from
     Int Affairs
7/18 needles put in wind pipe from witness

7/25

7/25 → Calls to Capt Hollis Bowers of Int Affairs

7/22-23 → who claimed to open case and investigate to

Pos 23

7/24 → SD posts

w/ harassing threatening messages I got all
the DMs from strangers, neighbors, fake fb ppl.

7/24 → Phone convos w/ Internal Affairs personell

- started all nonprofits, FBI, CCPD, DHS off. Atty ler
- I have 8 or 9 claims filed with Atty Gen)
  Crime Victims Compensation throughout my life

7/24 - Submission to org's for help

7/20 - Two Events happening to others

7/22 How weak, thin and sick I was

Feb 2   phone issues

Feb 5   illegal stop, search by ODD (5+units)
        after dinner downtown  (Video on FB)

Feb 9   hearing well, letting approval to have
        left at women's shelter
        thrown out, no reason / right after they said left
        told d live there
        need by, and I told
        looking for room rent > 400 mo, CPS caseworker
        tomorrow (Tues) for CPS home inspection
        for court (wed)

Feb 12

Jan 24

25   Womens shelter

25   emails needed to other accts

28   no ID/SS card thrown away when arrested. No job history cause all my paperwork/files/stubs taken in apt when in jail

29   messages from man who didn't show to interview me for job and weird his complete change in demeanor phone probs

Feb 1   worked for 3 days for Sanders at North Beach

**Utility Mailer**
**10 1/2" x 16"**

**ReadyPost**

FROM

Lindsay Shelton
7025 4th St N
Pinellas Park FL 33782

7020 3160 0000 6463 2960

TO:
United States Courthouse
c/o Nathan Ochsner
Clerk of Court
1133 N Shoreline Blvd
Corpus Christi TX 78401




U.S. POSTAGE PAID
PLA, JENNIFER TIA
CLEARWATER, FL
JAN 24, 22
AMOUNT
$8.76
R2304M11682H-25